MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE TAYLOR, JR.,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant | CASE NO.: 2:26-cv-1764-JDP<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file his motion for summary judgment to August 26, 2026.

Good cause exists for this request. Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case. However, Plaintiff's counsel has a pre-planned vacation with her family the last two weeks in July and needs more time to prepare the motion for summary judgment in this case.

On July 16, 2026, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an extension of time.

DATE: July 16, 2026

Respectfully submitted,

By: /s/ Margaret Lehrkind
Margaret Lehrkind
SBCA # 314717
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

By: /s/ Erin Jurrens
Social Security Administration, Law and Policy
Program Litigation 1
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
314-691-6553
Email: Erin.Jurrens@ssa.gov

IT IS SO ORDERED.

Dated: July 30, 2026

JEREMY D. PETERSON

UNITED STATES MAGISTRATE JUDGE